UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U.S. DISTRICT COURT
SAV[...]

2012 MAY 22  PM 3: 49

CLERK _____
SO. DIST. OF GA.

Christopher Waller,

        Plaintiff,

v.

Bureau of Collection Recovery, LLC and DOES 1-10, inclusive,

        Defendants.

Civil Action No.: 6:11-cv-00132-BAE-GRS

### PLAINTIFF CHRISTOPHER WALLER'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Christopher Waller, through counsel, hereby withdraws the complaint and voluntarily dismisses this action with prejudice.

Dated: May 10, 2012

APPROVED :

_____
B. Avant Edenfield   5-22-2012
Judge, U. S. District Court / SDGA

Respectfully submitted,

/s/ Cara Hergenroether, Esq.
Attorney Bar No.: 570753
Attorney for Plaintiff Christopher Waller
LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Facsimile:  (888) 953-6237
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2012, a true and correct copy of the foregoing Notice Of Voluntary Dismissal With Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Cara Hergenroether
Georgia Bar No. 570753
Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424